JOHN WOODWARD v. ESON T. CHESTER, ADMINISTRATOR.

*Affirmance on non-appearance of appellant.*

Where complainant appealed but did not appear in person or by counsel, nor file a brief, the decree was affirmed with costs, though a record was filed and a brief for the defendants.

Appeal from Allegan. Submitted Jan. 9. Decided Jan. 13.

SPECIFIC PERFORMANCE. Bill dismissed. Complainant appeals.

*Padgham & Padgham* and *J. W. Champlin* for complainants.

*Norris & Uhl* for defendants.

PER CURIAM. A record has been furnished us in this case, and also a brief on the part of the defendants. The complainant has not sent in any brief, nor has he appeared either in person or by counsel.

We cannot under such circumstances examine the case on the merits, and it follows that the decree must be affirmed with costs.